# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Emilia Salas Pardo
ADA, Lafayette Parish
P. O. Box 3306
Lafayette LA 70502-3306

> Judgment on rehearing rendered and mailed to all parties or counsel of record on July 17, 2019

## REHEARING ACTION: July 17, 2019

**Docket Number: 18   00877-CA**

**STATE OF LOUISIANA
VERSUS
DONOVAN PAUL SAMPY, ET AL.**

**Appealed from Lafayette Parish Case No. C-20183186**

**BEFORE JUDGES:**

    **Hon. Sylvia R. Cooks
Hon. Shannon J. Gremillion
Hon. D. Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the "Application for Panel Rehearing or Rehearing En Banc" filed by the **State of Louisiana** has this day been

    **DENIED.**

cc: Hon. Paul Joseph deMahy, Counsel for the Appellant
    Donovan Paul Sampy, Counsel for the Appellee